UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME C. STENEHJEM, JR., M.D., | Case No. 07cv0760-BEN (BLM) |
| Plaintiff, | **ORDER CONFIRMING SETTLEMENT BETWEEN <u>PLAINTIFF</u> AND <u>DEFENDANT EQUIFAX INFORMATION SERVICES, LLC</u> AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL OF THIS DEFENDANT ONLY** |
| v. | |
| WASHINGTON MUTUAL, INC., et al., | |
| Defendants. | |

A telephonic, attorneys-only Case Management Conference was held on July 5, 2007 at 1:45 p.m. Counsel confirmed that Plaintiff has settled with Defendant Equifax Information Services, LLC. The other Defendants have not settled.

A joint motion for dismissal of Defendant Equifax Information Services, LLC, signed by counsel of record and all parties involved, must be filed no later than **August 9, 2007**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov

1 timely filed, the parties and attorneys involved are not required to
2 make any further appearances before Judge Major.
3     If the fully executed joint motion for dismissal is not filed by
4 **August 9, 2007**, then all counsel of record and unrepresented parties for
5 Plaintiff and Defendant Equifax Information Services, LLC <u>only</u> are
6 required to appear **in person** for a Settlement Disposition Conference.
7 The Settlement Disposition Conference will be held on **August 14, 2007**
8 at **9:00 a.m.** in <u>Courtroom A</u>.
9     If counsel of record or any unrepresented party for Plaintiff or
10 Defendant Equifax Information Services, LLC fails to appear at the
11 Settlement Disposition Conference, or the parties fail to file the
12 signed joint motion for dismissal in a timely manner, the Court will
13 issue an Order to Show Cause why sanctions should not be imposed for
14 failing to comply with this Order.
15     All other pending dates before Magistrate Judge Major are hereby
16 vacated **as to Plaintiff's case against Defendant Equifax Information**
17 **Services, LLC only**. Any matters currently scheduled before the district
18 judge shall remain in effect pending notice from that court.
19     **IT IS SO ORDERED.**
20 DATED: July 6, 2007

*[signature: Barbara L. Major]*

    BARBARA L. MAJOR
    United States Magistrate Judge

24 COPY TO:
25 HONORABLE ROGER T. BENITEZ
   U.S. DISTRICT JUDGE
26
   ALL COUNSEL

---

(follow link for "General Order 550, Procedural Rules for Electronic Case Filing").