```
                                                              FILED
                                                          07 AUG 13 PM 3:01
                                                        CLERK, U.S. DISTRICT COURT
                                                        SOUTHERN DISTRICT OF CALIFORNIA

                                                        BY:  _____   DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME C. STENEHJEM,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL INC., a Washington corporation; EQUIFAX INFORMATION SERVICES, LLC, a limited liability company; TRANS UNION, LLC, a limited liability company; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 3:07-cv-00760-BEN-BLM<br><br>**ORDER OF DISMISSAL**<br>**DEFENDANT EQUIFAX ONLY** |

  Pursuant to the joint motion entered into between the Plaintiff and Defendant Equifax Information Services LLC ("Equifax"), stating that the above-entitled action against Equifax has been fully and finally compromised and settled on the merits:

///

///

///

- 1 -

1  **IT IS HEREBY ORDERED** that any and all claims of the Plaintiff against Equifax are
2  hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses
3
4  incurred or to be incurred by each respectively in connection with said action.
5
6  DATED: _____8/9_____, 2007       _____/s/_____
7                                                             Roger T. Benitez
                                                              District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28