UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME C. STENEHJEM, JR., M.D., | Case No. 07cv0760-W (BLM) |
| Plaintiff, | **ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |
| v. | |
| WASHINGTON MUTUAL, INC., et al., | |
| Defendants. | |

A Mandatory Settlement Conference was held on September 24, 2007 at 9:30 a.m. The case settled and the terms of the settlement were placed on the record (Tape 1:0-658).

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **October 25, 2007**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

1  required to make any further appearances before Judge Major.
2      If the fully executed joint motion for dismissal is not filed by
3  **October 25, 2007**, then all counsel of record and unrepresented parties
4  are required to appear **in person** for a Settlement Disposition
5  Conference.  The Settlement Disposition Conference will be held on
6  **October 30, 2007** at **9:00 a.m.** in Courtroom A.
7      If counsel of record or any unrepresented party fails to appear at
8  the Settlement Disposition Conference, or the parties fail to file the
9  signed joint motion for dismissal in a timely manner, the Court will
10 issue an Order to Show Cause why sanctions should not be imposed for
11 failing to comply with this Order.
12     All other pending dates before Magistrate Judge Major are hereby
13 vacated.  Any matters currently scheduled before the district judge
14 shall remain in effect pending notice from that court.
15     **IT IS SO ORDERED.**
16 DATED:   September 24, 2007

*Barbara F. Major*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE THOMAS J. WHELAN
U.S. DISTRICT JUDGE

ALL COUNSEL