FILED

2007 NOV 14 PM 1:05

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME C. STENEHJEM, JR., M.D., an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>WASHINGTON MUTUAL, INC., et. al.,<br><br>            Defendants. | CASE NO. 07-CV-0760 W (BLM)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS [Doc. No. 28] |

On November 8, 2007, the parties filed a joint motion to dismiss this case with prejudice. All parties have settled this matter in its entirety as to all parties and all claims. (Jt. Mot. 1.) Good cause appearing, the Court **GRANTS** the parties' motion and **DISMISSES** this action **WITH PREJUDICE**. [Doc. No. 28].

IT IS SO ORDERED.

DATE: November 13, 2007

HON. THOMAS J. WHELAN
United States District Court
Southern District of California